# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-1554

_____

Stephen L. Hogrefe,

      Appellant,

    v.

State of Nebraska; Lincoln Police
Department; Internal Affairs; Police
Review Board; Citizen Review Board;
Officer Hawkins; Officer Packett;
Officer Johnson; Officer Perchong;
Officer Flemming; Robert Kerry; Kay
Orr; E. Benjamin Nelson; Roland
Leudtke; Bill Harris; Social Security
Administration; Michael Johanns;
Helen Boosalis,

      Appellees.

\* Appeal from the United States
\* District Court for the
\* District of Nebraska.

\* [UNPUBLISHED]

_____

Submitted: July 5, 2000
Filed: July 12, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Stephen Hogrefe appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. We agree with the district court that dismissal was proper. Among other things, Hogrefe's complaint is based on an injury he received twenty-two years ago. It is therefore barred by the applicable statute of limitations. Accordingly, we affirm. See 8th Cir. R. 47A(a).

    A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska, adopting the report and recommendations of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.